[No. 41966-1-II. Division Two. August 14, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN WESTLEY GROVER, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-1-01707-4, Paula Casey, J., entered March 24, 2011. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Penoyar, JJ.

[No. 42250-6-II. Division Two. August 14, 2012.]

HEATHER COURTNEY, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-2-02411-2, Lisa L. Sutton, J., entered May 18, 2011. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Worswick, C.J., and Hunt, J. Now published at 171 Wn. App. 655.

[No. 29782-9-III. Division Three. August 14, 2012.]

JERRIE VANDER HOUWEN ET AL., *Appellants*, v. THE DEPARTMENT OF ECOLOGY, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 03-2-02548-7, Michael G. McCarthy, J., entered February 18, 2011. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Korsmo, C.J., and Brown, J.

[No. 29911-2-III. Division Three. August 14, 2012.]

SANDRA TAYLOR, *Appellant*, v. BRENT MAUGHAN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 10-2-03418-2, Jerome J. Leveque, J., entered April 14, 2011. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Siddoway, A.C.J., and Sweeney, J.